UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NANCY McMULLEN,

    Petitioner,                        3:15-cv-00251-RCJ-WGC

vs.                                   **ORDER**

STATE OF NEVADA, *et al.*,

    Respondents.

        Petitioner, a Nevada prisoner, has submitted a document captioned as petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF #1). Petitioner has failed to submit an application to proceed *in forma pauperis* or pay the filing fee. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rules LSR1-1, 1-2.

        Thus, the present action will be dismissed without prejudice to the filing of a habeas petition pursuant to 28 U.S.C. § 2254 on the form required by this court in a new action with either the $5.00 filing fee or a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate.

        Further, the court notes that petitioner has not named her custodian as a respondent. Under Rule 2(a) of the Rules Governing § 2254 cases, petitioner must name as a respondent the officer who has current custody of petitioner–usually the warden of the prison. Failure to name the custodian as

respondent deprives the court of personal jurisdiction. *Johnson v. Reilly*, 349 F.3d 1149, 1153 (9th Cir. 2003).

Petitioner at all times remains responsible for properly exhausting her claims, for calculating the running of the federal limitation period as applied to her case, and for properly commencing a timely-filed federal habeas action.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice to the filing of a petition in a new action with either the $5.00 filing fee or a properly completed application form to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that the Clerk shall send petitioner two copies each of an application form to proceed *in forma pauperis* for incarcerated persons and a noncapital Section 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

Dated this 11th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE